IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re | ) | |
| CHRISTOPHER LEE WEATHERFORD., | ) | Case No. 21-30975-SGJ-11 |
| | ) | |
| Debtor. | ) | |
| * * * | | |
| ALFORD LEE III, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER LEE WEATHERFORD, | ) | |
| Defendant. | ) | |
| | ) | |
| CHRISTOPHER WEATHERFORD, | ) | |
| Appellant, | ) | |
| v. | ) | |
| | ) | |
| ALFORD LEE III, | ) | Civil Action No. 3:22-CV-0341-C |
| Appellee. | ) | Consolidated with 3:22-CV-0444-C |

APPEAL FROM THE
UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
STACEY G. JERNIGAN, BANKRUPTCY JUDGE, PRESIDING

### JUDGMENT

For the reasons stated in the Court's Order of even date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Bankruptcy's Court's Memorandum Opinion and Order granting Appellee's Motion for Summary Judgment and the Nondischargeability Order are **AFFIRMED**.

SIGNED this 1st day of August, 2022.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE